Sylvia HALL, Movant, v. Sam PENNINGTON, Opposed.

SAME v. Ford GARRET, Opposed.

Court of Appeals of Kentucky

March 5, 1948.

Astor Hogg for movant.

E. L. Morgan for Sam Pennington.

George R. Pope for Ford Garret.

PER CURIAM.

Appeals denied. Judgments affirmed.